Joel E. Tasca
Nevada Bar No. 14124
Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-mail: tasca@ballardspahr.com
E-mail: demareel@ballardspahr.com

*Attorneys for Defendant,*
*First Premier Bank*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TAKIA BRANDON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIRST PREMIER BANK, a foreign corporation,<br><br>Defendant. | CASE NO. 2:17-cv-00720-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT ~~FIRST ELECTRONIC BANK~~ TO FILE A RESPONSIVE PLEADING**<br><br>**(FIRST REQUEST)** |

Plaintiff Takia Brandon ("Plaintiff") and Defendant First Premier Bank ("First Premier") (collectively, the "Parties") hereby stipulate and agree as follows:

1. Plaintiff filed his Amended Complaint on March 24, 2017 ("Plaintiff's Amended Complaint").

2. Plaintiff has agreed to grant First Premier an extension to file its response to the Complaint.

3. The Parties have agreed that First Premier may have up to and until May 2, 2017 to file its response to Plaintiff's Complaint.

4. The Parties seek this extension of time in order to facilitate potential resolution.

DMWEST #16413050 v1

5. This Stipulation to Extend Time for First Premier to file its response to Plaintiff's Complaint is made in good faith, not for the purposes of delay, and in compliance with Local Rules 6-1 and 7-1.

IT IS SO STIPULATED.

| HAINES & KRIEGER, LLC | BALLARD SPAHR LLP |
|---|---|
| By: /s/ David H. Krieger<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 340<br>Henderson, Nevada 89123<br><br>*Attorney for Plaintiff* | By: /s/ Joel E. Tasca<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Lindsay Demaree, Esq.<br>Nevada Bar No. 11949<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106-4617<br>*Attorney for Defendant First Electronic Bank* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
Dated: 4-10-2017

2

DMWEST #16413050 v1