Joel E. Tasca
Nevada Bar No. 14124
Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
Telephone: 702.471.7000
Facsimile: 702.471.7070
tasca@ballardspahr.com
demareel@ballardspahr.com

*Attorneys for Defendant*
*First Premier Bank*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TAKIA BRANDON, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> FIRST PREMIER BANK, a foreign corporation, <br><br> Defendant. | CASE NO. 2:17-cv-00720-JAD-VCF <br><br> **STIPULATION AND ORDER TO DISMISS CASE WITHOUT PREJUDICE** <br><br> ECF No. 9 |

Plaintiff Takia Brandon ("Plaintiff") and Defendant First Premier Bank ("First Premier") (together, the "Parties") stipulate and agree as follows:

1. On March 24, 2017, Plaintiff filed her complaint. (*See* ECF No. 1.)

2. The complaint asserts claims on behalf of a putative class for alleged violations of the Telephone Consumer Protection Act in connection with Plaintiff's credit card account (the "Account") with First Premier.

3. Plaintiff's claims in this action are subject to a binding arbitration agreement (the "Arbitration Agreement") contained in the credit card agreement governing Plaintiff's Account, a copy of which is attached hereto as Exhibit A.

4. The Arbitration Agreement contains a class action waiver provision,

which provides, *inter alia*, that: "All claims shall be resolved by binding arbitration on an individual basis. Claims made and remedies sought as part of a class action . . . are subject to arbitration on an individual (non-class, non-representative) basis."

5. Accordingly, the Parties agree to dismiss this matter and permit Plaintiff to submit her individual claims to binding arbitration pursuant to the terms of the Arbitration Agreement.

Dated: May 2, 2017.

| BALLARD SPAHR LLP | HAINES & KRIEGER, LLC |
|---|---|
| By: /s/ Lindsay Demaree<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Lindsay Demaree<br>Nevada Bar No. 11949<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106<br><br>*Attorneys for Defendant*<br>*First Premier Bank* | By: /s/ David H. Krieger<br>David H. Krieger<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 130<br>Henderson, Nevada 89123<br><br>*Attorney for Plaintiff* |

## ORDER

Based on the parties' stipulation [ECF No. 9] and good cause appearing, IT IS HEREBY ORDERED that **THIS ACTION IS DISMISSED** without prejudice to plaintiff's ability to pursue her claims in arbitration. The Clerk of Court is directed to **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer Dorsey
5/8/17